## SOLLINGER v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co

No 13163. Decided Feb 20, 1933

James Connell, Cleveland, for plaintiff in error.

Frank T. Cullitan, Cleveland, and Thomas Burke, Jr., Cleveland, for defendant in error.

MAUCK, BLOSSER and MIDDLETON, JJ (4th Dist) sitting.

BY THE COURT

The plaintiff in error was convicted of pocket picking before a judge, a jury being waived. No question is raised but that of the weight of the evidence and that question in view of the attendant circumstances boils down to whether or not the accused was on the street car when the offense was committed. There was direct evidence that he was there and that he stole the money. The record does not warrant a reversal.

Judgment affirmed.

MAUCK, BLOSSER and MIDDLETON, JJ, concur.